**LORAL FAIRCHILD CORPORATION,**
Plaintiff–Appellant,

v.

**MATSUSHITA ELECTRICAL INDUS-
TRIAL COMPANY, LTD., Matsushita
Electric Corporation of America, Vic-
tor Company of Japan, Ltd., and U.S.
JVC Corp.,**

and

Sony Corporation of America, Sony Cor-
poration, Gold Star Electronic Inter-
national, Goldstar Col., Ltd., Nikon
Corporation, and Nikon, Inc.,

and

Canon U.S.A., Inc., Canon, Inc., Fuji
Photo Film Co., Ltd., and Fuji
Photo Film U.S.A. Inc.,

and

Mitsubishi Electric Corp. and
Mitsubishi Electric Sales
America, Inc.,

and

National Semiconductor Corporation
and Fairchild Semiconductor
Corporation,

and

Toshiba Corporation, Toshiba America,
Inc., Toshiba America Consumer
Products, Inc., Toshiba America Elec-
tronic Components, Inc., and Toshiba
America Information Systems, Inc.,

and

NEC America, Inc., NEC Technologies,
Inc., and Nippon Electric
Company, Ltd.,

and

Murata Business Systems, Inc. and
Murata Machinery, Ltd.,

and

Samsung Electronics America, Inc.,
Defendants–Appellees.

No. 02–1363.

United States Court of Appeals,
Federal Circuit.

Aug. 2, 2002.

ON MOTION

LOURIE, Circuit Judge.

*ORDER*

Upon consideration of Loral Fairchild Corporation's unopposed motion to voluntarily dismiss its appeal, and Hitachi Home Electronics (America), Inc.'s motion to reform the caption,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) The motion to reform the caption is granted and the revised official caption is reflected above.

(3) All parties shall bear their own costs.